JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AEGON ASSIGNMENT CORPORATION OF ILLINOIS, an Illinois corporation; and MONUMENTAL LIFE INSURANCE COMPANY, an Iowa corporation, | CASE NO.: CV10-0449 JFW (RZx) <br><br> JUDGMENT |
| Plaintiffs-in-Interpleader, | Complaint filed: January 21, 2010 |
| vs. | |
| FELIX SAMANO, individually and as Guardian of the Person and Estate of Jesse Samano; ALICIA SAMANO, individually and as Trustee of the Jesse Samano Special Needs Trust; and JESSE SAMANO, individually, | |
| Claimants-in-Interpleader | |

## JUDGMENT

After consideration of the pleadings on file in this action, including, but not limited to the Second Amended Complaint and defaults entered by the Clerk of the above-entitled Court against Claimants-in-Interpleader Felix Samano, Alicia Samano and Jesse Samano (collectively, the "***Claimants***"), the Court enters Final Judgment in favor of Plaintiffs-in-Interpleader AEGON Assignment Corporation of Illinois

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

("***AAC***") and Monumental Life Insurance Company ("***MLIC***") (collectively the "***Companies***") as follows:

1.  On April 8, 2010, the Companies filed their Second Amended Complaint ("***SAC***").

2.  The Companies served the SAC on Claimant-in-Interpleader Alicia Samano, in her individual capacity, on April 8, 2010, evidenced by the proof of service on file with the Court.

3.  The Companies served the SAC on Claimant-in-Interpleader Alicia Samano, in her capacity as the Trustee of the Jesse Samano Special Needs Trust, on April 8, 2010, evidenced by the proof of service on file with the Court.

4.  The Companies served the SAC on Claimant-in-Interpleader Felix Samano, in his capacity as the Guardian of the Person and Estate of Jesse Samano, on April 15, 2010, evidenced by the proof of service on file with the Court.

5.  The Companies served the SAC on Claimant-in-Interpleader Felix Samano, in his individual capacity, on April 15, 2010, evidenced by the proof of service on file with the Court.

6.  The Companies served the SAC on Claimant-in-Interpleader Jesse Samano on April 15, 2010, evidenced by the proof of service on file with the Court.

7.  As all Claimants failed to appear or otherwise respond to the Second Amended Complaint ("***SAC***") within the time prescribed by the Federal Rules of Civil Procedure, the Clerk of the above-entitled Court entered defaults against each of the Claimants on May 19, 2010.

8.  The Companies are hereby Ordered to pay all due but yet unpaid periodic payments due under the Annuity (Exhibit E to the SAC) from October 15, 2004 through July 15, 2010, in the amount of $44,712, to Claimant-in-Interpleader Alicia Samano, in her capacity as the Trustee of the Jesse Samano Special Needs Trust, pursuant to the terms of the May 16, 2002 Jesse Samano Special Needs Trust (Exhibit A to the SAC), the September 5, 2002 Amended Order Establishing a

Special Needs Trust issued by the Superior Court of the State of California, County of Los Angeles, in the matter entitled "*Jesse Samano v. Benjamin Medina, et al.*" case number KC033979 (Exhibit B to the SAC), and the September 30, 2002 Settlement Agreement executed by Claimant-in-Interpleader Alicia Samano, in her capacity as the Trustee of the Jesse Samano Special Needs Trust (Exhibit C to the SAC).

        9.    Upon payment of the sum set forth in paragraph 8, above, the Companies are discharged from any and all liability in connection with the payments due under the terms of the Annuity from October 15, 2004 through July 15, 2010.

        10.  The Companies are furthered Ordered to pay all remaining periodic payments due under the Annuity (Exhibit E to the SAC) beginning on August 15, 2010 to Claimant-in-Interpleader Alicia Samano, in her capacity as the Trustee of the Jesse Samano Special Needs Trust, pursuant to the terms of the May 16, 2002, Jesse Samano Special Needs Trust (Exhibit A to the SAC), the September 5, 2002, Amended Order Establishing a Special Needs Trust issued by the Superior Court of the State of California, County of Los Angeles, in the matter entitled "*Jesse Samano v. Benjamin Medina, et al.*" case number KC033979 (Exhibit B to the SAC), and the September 30, 2002 Settlement Agreement executed by Claimant-in-Interpleader Alicia Samano, in her capacity as the Trustee of the Jesse Samano Special Needs Trust (Exhibit C to the SAC).

**IT IS SO ORDERED.**

Dated:  August 10, 2010

JOHN F. WALTER
JUDGE OF THE UNITED
STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF
CALIFORNIA

**CC: fiscal [funds in registry of Court]**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800